No. 56464.—Holeproof Hosiery Co. *v.* United States, protests 165065–K and 165066–K (Milwaukee).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise consists of nylon yarn similar in all material respects to the commodity passed upon in *Holeproof Hosiery Co.* v. *United States* (27 Cust. Ct. 176, C. D. 1366), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 11, 1952

No. 56465.—J. W. Hampton, Jr., & Co., Inc. *v.* United States, protest 151924–K (Memphis).

Opinion by LAWRENCE, J. It was stipulated that certain items of the merchandise consist of articles of which metal was the component material of chief value and were not ores or concentrates or crude metal; that said articles were imported to be used in remanufacture by melting; and that since entry said articles were melted and remanufactured by melting. An examination of the papers in the case disclosed that affidavits have been filed in accordance with regulations prescribed by the Secretary of the Treasury pursuant to Public Law 869, *supra*. Upon the record presented, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.